**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HORNER MILLWORK CORP.<br>Plaintiff, | ) | |
| Vs. | ) | **CIVIL ACTION NO.** |
| UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | ) | CA 08 321 ML |

**NOTICE OF REMOVAL OF CIVIL ACTION**

**TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:**

Petitioner, **UNITED STATES FIRE INSURANCE COMPANY,** respectfully shows this Court:

1. The Petitioner is the defendant in the above entitled action;

2. On or about July 29, 2008, the Plaintiff commenced an action against the Defendant/Petitioner in the Providence Superior Court.

3. United States Fire Insurance Company received notice of this action on or about July 31, 2008, through the service of a copy of the Plaintiff's complaint.

4. No further proceedings have been had herein in the Providence Superior Court.

5. The above action wholly involves citizens of different states in that at the time of the commencement of this action in Rhode Island, and since that time, the Plaintiff was and still is a Massachusetts corporation with a principal place of business at 1255 G.A.R. Highway, Somerset, Massachusetts. The Defendant, United States Fire Insurance Company, is a Delaware Corporation with a principal place of business at 305 Madison Avenue, Morristown, New Jersey.

6. The above action is a petition for declaratory judgment in which the Plaintiff alleges that United States Fire Insurance Company is obligated to defend and indemnify Horner Millwork Corp. for claims made against it in an action captioned Jeffrey S. LaBelle v. Joe Park, alias, Horner Millwork Corp., Kolbe & Kolbe Millwork Cp., Inc., Paul Masse, alias, John Doe, Jones Doe Company One and John Doe Company Two, Providence Superior Court, Civil Action Number PC- 06-2374.

7. The amount in controversy, exclusive of interests and costs, is in excess of Seventy-Five Thousand ($75,000.00) Dollars as the plaintiff in the underlying action is believed to claim medical expenses of approximately seventy-two thousand dollars ($72,000.00) and some permanent disfigurement.

8. This Court, therefore, has original jurisdiction of the above entitled action pursuant to 28 U.S.C. sec. 1332, and removal of this action to this Court is proper pursuant to 28 U.S.C. sec. 1441(a).

9. Copies of the original complaint and summons served upon the Defendant/Petitioner are attached hereto and marked "A".

10. This Petition is filed with the Court within thirty (30) days after service on the Defendant/Petitioner of the summons and complaint in this action.

11. In compliance with 28 U.S.C. sec. 1446(d) and DRI LR Cv. 81.1(a), the Petitioner will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Providence Superior Court, State of Rhode Island.

12. Pursuant to DRI LR Cv. 81.1(b), Petitioner will file in this Court certified copies of all docket entries, records and proceedings in the Providence Superior Court, State of Rhode Island, in the above entitled matter.

WHEREFORE, the Petitioner prays that the above entitled action be removed from the Providence Superior Court to this Court.

United States Fire Insurance Company
By Its Attorney:

JAMES T. HUGGARD(#6464)
10 Weybosset Street
Providence, RI 02903
Tel.: 401-621-7286
Fax: 401-621-7348
Email: huggard@burnsandfarrey.com

CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to Mark P. Dolan, Esq., 72 Pine Street, Providence, RI, 02903.

DATED: August 27, 2008

JAMES T. HUGGARD

CF348#9