A

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-4963

HORNER MILLWORK CORP.
**Plaintiff**

UNITED STATES FIRE INSURANCE COMPANY
**Defendant**

## *Summons*

*To the above-named Defendant:* UNITED STATES FIRE INSURANCE COMPANY BY AND THROUGH THE RHODE ISLAND INSURANCE COMMISSIONER

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Mark P. Dolan, Esq., Rice Dolan & Kershaw Plaintiff's attorney, whose address is 72 Pine Street, Suite 300, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

A true copy attest
R Conyer
6013
7-31-08

Dated: July 29, 2008

(Seal of the Superior Court)

S- 135 (REV. 02/07)

MPD:fm 05-196

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

HORNER MILLWORK CORP.
**PETITIONER**

VS

C.A. NO. 08-4963

UNITED STATES FIRE INSURANCE COMPANY
**RESPONDENT**

**PETITION FOR DECLARATORY JUDGMENT**

1. Petitioner Horner Millwork Corp. ("Horner Millwork") is a Massachusetts corporation authorized to do business in the State of Rhode Island.

2. Respondent United States Fire Insurance Company (hereinafter "USFIC") is an insurance company authorized to do business in the State of Rhode Island.

3. The issues surrounding this declaratory judgment action arise from the underlying litigation entitled Jeffrey S. LaBelle v. Horner Millwork Corp. et al., C.A. No. PC 06-2374.

4. In the underlying litigation, plaintiff Jeffrey S. LaBelle ("LaBelle") has filed an amended complaint ("underlying complaint") against Horner Millwork, a copy of which is attached hereto, alleging among other things that he sustained injuries on or about March 18, 2004 as a result of an alleged fall out of a window at 188 Mathewson Street, in the City of Providence, State of Rhode Island.

5. USFIC provided insurance coverage Kolbe & Kolbe Millwork Co., Inc. ("Kolbe"), a primary defendant in the underlying litigation, which designed, manufactured, and/or fabricated the sash replacement kit for the window and the window in question.

6. LaBelle claims Horner Millwork distributed the sash replacement kit, and window manufactured and/or fabricated by Kolbe.

7. Section 3 entitled *"Additional Insured Vendors"* at Page 4 of 4 in the *General Liability Coverage Enhancements for Manufacturers* section of the insurance policy between USFIC and Kolbe states as follows:

> "WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization who is a vendor, but only with respect to "bodily injury" or "property damage" arising out of "your product" which are distributed or sold in the regular course of the vendor's business.
>
> ***

8. The underlying complaint in Count III claims that Horner Millwork is responsible to the plaintiff as a result of distributing Kolbe's product.

9. Accordingly, USFIC's defense and indemnity obligations owed to Horner Millwork as a result of the *Additional Insured Vendors* endorsement was triggered by the facts of LaBelle's amended underlying complaint.

10. This action is brought pursuant to the Rhode Island Declaratory Judgments Act, R.I. Gen. Laws §9-30-1.

WHEREFORE, petitioner Horner Millwork requests that this Court order and declare as follows:

1. Horner Millwork is entitled to a defense and indemnification by reason of the terms of the *"Additional Insured Vendors"* endorsement contained in the insurance policy between USFIC and Kolbe;
2. Award Horner Millwork its damages, including, but not limited to, the defense costs expended in the defense of the primary plaintiff's complaint; and
3. Such other further relief as this Court deems just and meritorious.

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Petitioner
Horner Millwork Corp.
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

DATED: July 29, 2008

STATE OF RHODE ISLAND

PROVIDENCE COUNTY Civil Action No. 2008-4963

HORNER MILLWORK CORP.
Plaintiff(s)

VS.

UNITED STATES FIRE INSURANCE COMPANY
Defendant(s)

STIPULATION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby agreed between the parties that the time for the defendant, United States Fire Insurance Company, to respond to the plaintiff's complaint be extended to and including September 3, 2008.

MARK P. DOLAN
Counsel for the Plaintiff
Rice, Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
Tel. 401/272-8800

THOMAS B. FARREY, III
JAMES T. HUGGARD
Burns & Farrey
446 Main Street
Worcester, MA 01608
Tel.: 508.756.6288
BBO: 6457/6464

**CERTIFICATE OF SERVICE**

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, by first class mail postage prepaid, to **Mark P. Dolan, Esquire, Rice Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903**

DATED: 8/26/08

THOMAS B. FARREY, III
BROOKE P. SELIGER

/cg/0000CF-0348 cp#7)