UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HORNER MILLWORK CORP.<br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>CA 08 321 ML |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance for the defendant, **UNITED STATES FIRE INSURANCE COMPANY**, in the above case.

United States Fire Insurance Company
By Its Attorney:

JAMES T. HUGGARD(#6464)
10 Weybosset Street
Providence, RI 02903
Tel.: 401-621-7286
Fax: 401-621-7348
Email: huggard@burnsandfarrey.com

## CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD, hereby certify under the pains and penalties of perjury that I have this date mailed a copy of the within, postage prepaid, to Mark P. Dolan, Esq., 72 Pine Street, Providence, RI, 02903.

Dated: August 27, 2008

JAMES T. HUGGARD

CF348#9