**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HORNER MILLWORK CORP.<br>Plaintiff, | ) | |
| Vs. | ) | **CIVIL ACTION NO.** |
| UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | ) | CA 08 321 ML |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance for the defendant, **UNITED STATES FIRE INSURANCE COMPANY**, in the above case.

United States Fire Insurance Company
By Its Attorney:

THOMAS B. FARREY, III (# 6457)
Burns & Farrey
10 Weybosset Street
Providence, RI 02903
Tel.: 401-621-7286
Fax: 401-621-7348
Email: farrey@burnsandfarrey.com

**CERTIFICATE OF SERVICE**

I, THOMAS B. FARREY, III, hereby certify that I have this day mailed a copy of the within document, postage prepaid, to Mark P. Dolan, Esq., 72 Pine Street, Suite 300, Providence, RI, 02903.

Dated: August 27, 2008

THOMAS B. FARREY, III

Cf348#9