**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HORNER MILLWORK CORP.**
**Plaintiff**

**Vs.**

**UNITED STATES FIRE INSURANCE COMPANY,**
**Defendant**

CA 08 321 ML

## CORPORATE DISCLOSURE

Pursuant to Fed.R.Civ.P. 7.1, the Defendant, United States Fire Insurance Company, states that it is a wholly owned subsidiary of Fairfax Financial Holdings Limited, a publicly held Canadian corporation with a principal place of business at 95 Wellington Street West, Toronto, Ontario, Canada.

United States Fire Insurance Company

JAMES T. HUGGARD (#6464)
10 Weybosseet Street
Providence, RI 02903
Tel.: 401-621-7286
Fax: 401-621-7348
Email: huggard@burnsandfarrey.com

CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD, hereby certify under the pains and penalties of perjury that I have this date mailed a copy of the within document, postage prepaid, to Mark P. Dolan, Esq., 72 Pine Street, Providence, RI, 02903.

Dated: August 27, 2008

JAMES T. HUGGARD

CF348#10