STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-321 ML

Case ID: PC-2008-4963 HORNER MILLWORK V UNITED STATE FIRE INSURANCE CO

Filing Date: 07-29-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 08-27-2008

Plaintiff: HORNER MILLWORK CORPORATION
ID: @11045085

Attorney: MARK DOLAN

Defendant: UNITED STATES FIRE INSURANCE COMPAN
ID: @11045086

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 07-29-2008 | COMPLAINT FILED | |
| 07-29-2008 | INITIAL FILING FEE | |
| 07-30-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP278449. |
| 08-27-2008 | NOTICE OF REMOVAL | |
| 08-27-2008 | CASE REMVD TO US DISTRICT CT | CA# 08 321 ML |
| 08-27-2008 | OTH DOC FILED DURING DISCOV | |